**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JULIA LOTS**, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 1:21-cv-03177** |
| | ) | |
| vs. | ) | **Honorable Sara L. Ellis** |
| | ) | |
| **ISANTHES, LLC;** and **McCALLA RAYMER LEIBERT PIERCE, LLC**, | ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, Julia Lots, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses Defendants Isanthes, LLC and McCalla Raymer Leibert Pierce, LLC, each party to bear her/its own costs.

Dated: September 15, 2021          *Respectfully submitted,*

                                               **Julia Lots**

                                               By: /s/ *Rusty Payton*
                                               Rusty A. Payton
                                               PAYTON LEGAL GROUP
                                               20 North Clark Street
                                               Suite 3300
                                               Chicago, Illinois 60602
                                               (773) 682-5210
                                               info@payton.legal

                                               Arthur C. Czaja
                                               LAW OFFICE OF ARTHUR CZAJA
                                               7521 N. Milwaukee Ave.
                                               Niles, Illinois 60714
                                               (847) 647-2106
                                               arthur@czajalawoffices.com