# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Julia Lots

                Plaintiff,

v.                                                     Case No.: 1:21–cv–03177
                                                          Honorable Sara L. Ellis

Isanthes, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 17, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to notice of dismissal [11] this case is dismissed pursuant to FRCP 41(a)(1)(A)(i), each party to bear her/its own costs. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.